**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

In Re: Debtor(s) **Ralph A. Pariente**

Case No.: **22–55941–lrc**
Chapter: **7**

# ORDER REGARDING UNPAID FILING FEES

The Debtor(s) filed a voluntary petition on August 2, 2022. The amount needed to pay the filing fee in full is **$338.00.** Accordingly,

**IT IS ORDERED** that by August 12, 2022, the Debtor(s) shall

pay the fee in full, the balance due being $338.00

**OR**

file an Application to Pay the Filing Fee in Installments. The Application must provide for an initial payment of $78.00 that is due at the time of filing. The Application must provide for no more than two additional installment payments. The balance due on the initial payment is $78.00 and must accompany the Application that is due by August 12, 2022

**OR**

file an Application for the waiver of the filing fee, if applicable. **Specific conditions apply.** If you cannot afford to pay the fee either in full at the time of filing or in installments, you may request a waiver of the filing fee by completing an application and filing with the Clerk of Court. A judge will decide whether you have to pay the fee. By law the judge may waive the fee <u>only</u> if your income is less than 150 percent of the official poverty line applicable to your family size <u>and</u> you are unable to pay the fee in installments. You may obtain information about the poverty guidelines at www.uscourts.gov or in the bankruptcy clerk's office.

**For payments by mail, remit using cashier's check, money order or attorney's check made payable to "Clerk, United States Bankruptcy Court" to the address listed below:**

United States Bankruptcy Court
1340 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

**For payments made by hand delivery to a divisional office in Atlanta, Gainesville, Newnan or Rome, note that cash is not accepted. You must remit using cashier's check, money order or attorney's check.**

**Payments may also be made online at:** https://www.ganb.uscourts.gov/online–payments

If, by the date(s) set forth above, i) the filing fee is not paid in accordance with this Order; ii) no request for an extension of time is pending; or iii) neither the debtor nor any party of interest has requested a hearing thereon, the Court may dismiss this case without further notice or hearing.

The Clerk will serve this Order on Debtor, Debtor's Counsel, and Trustee.

**SO ORDERED,** on August 2, 2022.

Form 436 Order Regarding Unpaid Filing Fees
Revised January 2022

Lisa Ritchey Craig
United States Bankruptcy Judge