## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO.: 22-55941-LRC |
| RALPH A. PARIENTE, ) | |
| ) | CHAPTER 7 |
| DEBTOR. ) | |
| ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Scott B. McMahan, of Poole Huffman, LLC, files this Notice of Appearance and Request for Notices for CDC Federal Credit Union, a creditor and party in interest in the above-styled case, and hereby request receipt of all notices and orders entered in this case.

Respectfully submitted this the 11th day of August, 2022.

> POOLE HUFFMAN, LLC
> */s/ Scott B. McMahan*
> Scott B. McMahan
> Georgia Bar No. 706240
> 3562 Habersham at Northlake
> Building J, Suite 200
> Tucker, Georgia 30084
> Tel: (404) 373-4008
> Fax: (888) 709-5723
> scott@poolehuffman.com
> Attorney for CDC Federal Credit Union

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the **NOTICE OF APPEARANCE AND REQUEST FOR NOTICES** using the CM/ECF system, which will automatically send email notification of such filing to the following:

>Trustee
>Edwin K. Palmer
>P.O. Box 1284
>Decatur, Georgia 30031
>
>Paul Reece Marr
>Debtor's Attorney

This the 11th day of August, 2022.

>POOLE HUFFMAN, LLC
>*/s/ Scott B. McMahan*
>Scott B. McMahan
>Georgia Bar No. 706240
>3562 Habersham at Northlake
>Building J, Suite 200
>Tucker, Georgia 30084
>Tel: (404) 373-4008
>Fax: (888) 709-5723
>scott@poolehuffman.com
>Attorney for CDC Federal Credit Union

2